

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2017

No. 04-17-00609-CV

Marta **ARREDONDO**,
Appellant

v.

**TECHSERV CONSULTING AND TRAINING, LTD.**, T&D Solutions, LLC, and AEP Texas
Central Company,
Appellees

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 15-08-16922-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

Appellee's motion for extension of time is MOOT as prematurely filed. Appellant's brief is not due until December 21, 2017.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2017.

KEITH E. HOTTLE,
Clerk of Court